UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL LYNN BETTS,

       Plaintiff,                            Case No. 1:20-CV-1258

v.                                     Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of

42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings

as outlined in the Stipulation and Order of Remand.

      **IT IS SO ORDERED.**


Dated:  October 21, 2021              /s/ Ray Kent_____
                                     RAY KENT
                                     United States Magistrate Judge